No. 2383.—EL PUEBLO, APLDO., v. LUGO, APLTE.—C. D. Aguadilla. Feb. 26, 1925. Confirmada la sentencia apelada por los fundamentos del caso No. 2382 de *El Pueblo* v. *Suau,* de febrero 26, 1925.

No. 3458. — RODRÍGUEZ, APLDO., v. COLÓN, APLTE. — C. D. San Juan, Distrito 1º. Feb. 27, 1925. Confirmada la sentencia apelada porque alegándose como único fundamento del recurso haberse impuesto las costas al demandado, no se ha demostrado que la corte inferior cometiera error al imponer tales costas.

No. 2300.—EL PUEBLO v. GONZÁLEZ ROQUE, APLTE.—C. D. Humacao. Feb. 27, 1925. Confirmada la sentencia apelada por alegarse como único motivo el de ser contraria a la prueba y siendo ésta contradictoria fué resuelto el conflicto por la corte, inferior, sin que podamos decir que lo hizo de una manera errónea.